McGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**SEALED**

**FILED**

AUG 21 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHERMAN SMITH,<br><br>Defendant. | CASE NO. 1:19MJ00160 SAB<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the complaint, affidavit, and arrest warrant in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 8/21/19

Hon. Stanley A. Boone
U.S. MAGISTRATE JUDGE

SEALING ORDER

1