McGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-MJ-00160-SAB |
|---|---|
| Plaintiff, | |
| v. | MOTION AND ORDER TO UNSEAL COMPLAINT |
| SHERMAN SMITH, | |
| Defendant. | |

The Complaint in this case, having been sealed by Order of the Court, and it appears that it no longer need remain secret,

The United States of America, by and through McGregor W. Scott, United States Attorney, and Laura D. Withers, Assistant United States Attorneys, hereby moves that the Complaint in this case be unsealed and made public record.

Dated: August 22, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ *Laura D. Withers*
LAURA D. WITHERS
Assistant United States Attorney

IT IS SO ORDERED.

Dated: **August 22, 2019**

_____
UNITED STATES MAGISTRATE JUDGE

1